Opinion issued March 1, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00530-CV

____________


PHILLIP MARKEY, Appellant


V.


H.G. SHOPPING CENTERS, L.P., Appellee






On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 2004-52414






MEMORANDUM OPINION

 The parties have filed an agreed motion to dismiss their appeal with prejudice. 
No opinion has issued. Accordingly, the motion is granted, and the appeal is
dismissed with prejudice. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.